171 So.2d 90

**Joseph NEWSOME**

v.

**STATE.**

**1 Div. 994.**

Court of Appeals of Alabama.

Oct. 20, 1964.

Joseph Newsome, pro se.

Richmond M. Flowers, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., for the State.

JOHNSON, Judge.

This is an appeal from a denial of a writ of error coram nobis. After careful study of the trial record by this court, we are of the opinion that the right conclusion was reached by the lower court although we do not agree as to all its assigned reasons. The judgment of the Circuit Court is due to be and the same is hereby

Affirmed.